People of the State of Illinois, Plaintiff-Appellee, v. Vincent Tedesso, Defendant-Appellant.

Gen. No. 48,855.

First District, Third Division.
March 27, 1963.

Jerome C. Slad, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Edward J. Hladis and William L. Carlin, Assistant State's Attorney, of counsel), for defendant in error. Opinion by JUSTICE SCHWARTZ. Not to be published in full.